## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Bradley McCluskey,                                        Civil No. 06-3765 (RHK/JSM)

                Plaintiff,

vs.                                                                   **ORDER FOR DISMISSAL**

City of Blaine, a municipal
corporation; Sergeant Lind, individually
and in his capacity as a police officer in the
Police Department of the City of Blaine,

                Defendants.

---

The foregoing Stipulations (Doc. Nos. 6 and 7), having been presented to the Court on behalf of the above parties, **IT IS HEREBY ORDERED** that the above-entitled action is hereby **DISMISSED WITH PREJUDICE** and on its merits and without costs, disbursements, or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  March 6, 2007

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge